■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ROBERT HOLMES and STEVEN NICHOLOS, Respondents. — Appeal from an order of the County Court of Greene County (Fromer, J.), entered March 4, 1981, which granted defendants' motion to dismiss the indictment. Order reversed, on the law, indictment reinstated and matter remitted to the County Court of Greene County for further proceedings not inconsistent herewith *(People v Erceg,* 82 AD2d 947). Mahoney, P.J., Kane, Yesawich, Jr., Weiss and Herlihy, JJ., concur.